UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CANVS CORPORATION,

    Plaintiff,

v.                                                      Case No:  2:14-cv-100-FtM-38CM

EXELIS, INC., ITT CORPORATION,
ITT DEFENSE ELECTRONICS and
EXELIS, INC. NIGHT VISION &
COMMUNICATIONS,

    Defendants.
_____/

### **ORDER**[1]

This matter is before the Court on review of the Case Management and Scheduling Order in Patent Case issued on August 21, 2014.  (Doc. #34).  Currently, the Court set a Technology Tutorial Conference for on or about December 5, 2014, and a Claim Construction Hearing for on or about March 5, 2015.  (Doc. #34).  As the Court refers the Claim Construction Hearing to United States Magistrate Judge Carol Mirando, it also refers the Technology Tutorial Conference.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) The Technology Tutorial Conference is **REFERRED** to United States Magistrate Judge Carol Mirando.  The parties shall contact Judge Mirando's courtroom deputy, Bobbie Woodford, at 239-461-2008, on or before **November 14, 2014**, to inquire about Judge Mirando's (1) preference for scheduling the Technology Tutorial Conference contemporaneously with, or separate and independent of the Claim Construction Hearing; and (2) rules, procedures, and/or expectations for the Technology Tutorial Conference.

(2) The Claim Construction Hearing is **REFERRED** to Judge Mirando to hold and issue any order deemed appropriate thereafter.  The parties shall contact Judge Mirando's courtroom deputy, Bobbie Woodford, at 239-461-2008, on or before **November 14, 2014**, to arrange for a mutually agreeable time to conduct the Claim Construction Hearing prior to on or about March 5, 2015.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of November, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record